# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cr87

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOHN THOMAS REARDON, | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss (#7). Having carefully considered the motion, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#7) is **GRANTED,** and the charges contained in the above captioned matter by way of Information are **DISMISSED** without prejudice.

Signed: November 20, 2012

Max O. Cogburn Jr.
United States District Judge